*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, GANNON, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Shane D. REGUEIRA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400048**

_____

Decided: 26 March 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 29 September 2023 by a special court-martial tried at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eight months, forfeiture of $1,278 pay per month for eight months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Lauren A. Howes, JAGC, USNR*

For Appellee:
*Lieutenant Michael A. Tuosto JAGC, USN*

————————————

**This opinion does not serve as binding precedent, but may be cited as persuasive authority under NMCCA Rule of Appellate Procedure 30.2.**

————————————

PER CURIAM:

A military judge sitting as a special court-martial convicted Appellant, consistent with his pleas, of one specification of wrongful appropriation in violation of Article 121, Uniform Code of Military Justice (UCMJ), one specification of assault consummated by a battery in violation of Article 128, UCMJ, and one specification of unlawful entry in violation of Article 129, UCMJ.[1] Appellant asserts in his sole assignment of error that the Entry of Judgment fails to comply with Rule for Courts-Martial (R.C.M.) 1111(b) because it does not correctly summarize each specification. Appellant does not, however, specifically identify what required information is lacking. Rather, Appellant only implies that the summary of the Specification of Charge III should identify the victim of the assault consummated by a battery. We have previously rejected that argument,[2] and we do so again here. The summaries of the specifications in the Entry of Judgment comply with R.C.M. 1111(b) and the minimum requirements laid out by this Court in *United States v. Wadaa.*[3]

After careful consideration of the record and briefs of appellate counsel, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[4]

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

————————————

[1] 10 U.S.C. §§ 921, 928, 929.

[2] *United States v. Brown*, No. 202300221, 2025 CCA LEXIS 62, at \*5 (N-M Ct. Crim. App. Feb. 19, 2025) (unpublished).

[3] 84 M.J. 652, 655 (N-M Ct. Crim. App. 2024).

[4] Articles 59 & 66, UCMJ.